IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KIMBERLY A. FRIESEN, | |
|---|---|
| Plaintiff, | 4:18CV3087 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security; | ORDER |
| Defendant. | |

Plaintiff has submitted a motion to proceed in forma pauperis. ([Filing No. 2](#).) After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

Dated this 27th day of June, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge